ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7199
FAX: (415) 436-7234
Jared.Buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAXFER PALMA,

Defendant.

**CASE NO. 4:23-CR-187-JSW (KAW)**

**DETENTION ORDER**

On June 20, 2023, defendant Maxfer Palma was charged by indictment with possession with intent to distribute 50 grams and more of methamphetamine, in violation of 21 U.S.C.§ 841(a)(1), (b)(1)(A)(viii), possession with intent to distribute methamphetamine on premises where children are present or reside, in violation of 21 U.S.C.§ 860a, and possession with intent to distribute 40 grams and more of a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

This matter came before the Court on July 13, 2023, for a detention hearing. The defendant was present and represented by John Paul Reichmuth. Assistant United States Attorney Jared Buszin appeared for the government. The government moved for detention and filed a memorandum in support of its motion (Dkt. 9), and the defendant opposed. At the hearing, counsel submitted proffers and

arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant is facing a significant sentence; the defendant has few longstanding ties to the District and substantial ties to Honduras, as well as family in Utah; the evidence indicates the defendant was involved in trafficking significant amounts of fentanyl and methamphetamine, which involved use of the residence he shared with proposed sureties; the defendant has a history of possessing firearms and the evidence suggests his possible involvement in a recent violent pistol-whipping incident. The Court further agrees with Pretrial Services' conclusion that the proposed sureties identified in the Prebail Report are not appropriate bail resources given their lack of ties to the community and/or criminal histories. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: July 20, 2023

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge