CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
Northern District of California

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Jared.Buszin@usdoj.gov
Emily.Dahlke@usdoj.gov

Attorneys for United States of America

AUGUST GUGELMANN (CABN 240544)
BRITT EVANGELIST (CABN 260457)
Swanson & McNamara LLP

300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Phone: (415) 477-3800
Fax: (415) 477-9010
august@smllp.law
britt@smllp.law

Counsel for Defendant Maxfer Palma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXFER PALMA,<br><br>Defendant. | CASE NO. 23-CR-187-JST<br><br>JOINT CERTIFICATION OF COUNSEL REGARDING TRIAL EXHIBITS |

Pursuant to Civil Local Rule 5-1(g), the parties certify that they have filed true and correct copies of the exhibits which were submitted to the court and admitted into evidence at the trial held in the above-captioned matter.

The following is a complete list of the exhibits admitted into evidence:

| Exhibit | Type | Method of Filing |
|---|---|---|
| 1 | Physical Item | Picture on ECF |
| 2 | Physical Item | Picture on ECF |
| 3 | Physical Item | Picture on ECF |
| 4 | Physical Item | Picture on ECF |
| 5 | Physical Item | Picture on ECF |
| 6 | Physical Item | Picture on ECF |
| 7 | Physical Item | Picture on ECF |
| 8 | Physical Item | Picture on ECF |
| 9 | Physical Item | Picture on ECF |
| 10 | Physical Item | Picture on ECF |
| 12 | Physical Item | Picture on ECF |
| 13 | Physical Item | Picture on ECF |
| 15 | Physical Item | Picture on ECF |
| 16 | Physical Item | Picture on ECF |
| 17 | Physical Item | Picture on ECF |
| 24 | Physical Item | Picture on ECF |
| 25 | Physical Item | Picture on ECF |
| 26 | Physical Item | Picture on ECF |
| 27 | Physical Item | Picture on ECF |
| 28 | Physical Item | Picture on ECF |
| 29 | Physical Item | Picture on ECF |
| 48 | Video Recording | Manual |
| 49 | Video Recording | Manual |
| 51 | Video Recording | Manual |
| 52 | Video Recording | Manual |
| 53 | Video Recording | Manual |
| 54 | Video Recording | Manual |
| 55 | Video Recording | Manual |
| 56 | Video Recording | Manual |
| 57 | Video Recording | Manual |
| 59 | Image | ECF |
| 60 | Image | ECF |
| 72 | Image | ECF |
| 74 | Image | ECF |
| 75 | Image | ECF |
| 92 | Video Recording | Manual |
| 93 | Video Recording | Manual |
| 94 | Video Recording | Manual |
| 96 | Video Recording | Manual |
| 100 | Image | ECF |
| 109 | Image | ECF |
| 110 | Image | ECF |
| 111 | Image | ECF |
| 113 | Image | ECF |
| 128 | Video Recording | Manual |
| 129 | Video Recording | Manual |

| | | |
|---|---|---|
| 132 | Video Recording | Manual |
| 134 | Image | ECF |
| 135 | Image | ECF |
| 136 | Image | ECF |
| 137 | Image | ECF |
| 140 | Document | ECF |
| 141 | Document | ECF |
| 142 | Document | ECF |
| 143 | Document | ECF |
| 144 | Document | ECF |
| 145 | Document | ECF |
| 146 | Document | ECF |
| 147 | Document | ECF |
| 148 | Document | ECF |
| 149 | Document | ECF |
| 150 | Document | ECF |
| 151 | Document | ECF |
| 152 | Document | ECF |
| 153 | Document | ECF |
| 154 | Document | ECF |
| 155 | Document | ECF |
| 156 | Document | ECF |
| 157 | Document | ECF |
| 158 | Document | ECF |
| 159 | Document | ECF |
| 160 | Document | ECF |
| 209 | Image | ECF |
| 210 | Image | ECF |
| 213 | Image | ECF |
| 214 | Image | ECF |
| 215 | Document | ECF |
| 504 | Video Recording | Manual |

//

//

//

//

//

//

//

//

//

DATED: March 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/S/_
JARED S. BUSZIN
EMILY R. DAHLKE
Assistant United States Attorneys

_/S/_
AUGUST GUGELMANN
BRITT EVANGELIST
Counsel for Defendant Maxfer Palma